THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON CHRISTOPHER PAUR,<br><br>Defendant. | CASE NO. CR14-0272-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 27, 2015, Defendant Jason Paur filed a Waiver of Speedy Trial (Dkt. No. 25) consenting to a continuance of his trial date to any date up to and including October 30, 2015. The Court set the trial date on September 21, 2015 (Dkt. No. 27). Upon subsequent review of the Court's docket and calendar, the Court has determined that proceeding with trial on September 21, 2015 would prevent Defendant from presenting a full and complete defense. In addition, the Court has determined that there is no other available date within the period of Defendant's speedy trial waiver that would provide Defendant an adequate opportunity to present his defense. The Court therefore finds that the ends of justice served by continuing the trial date to November 16, 2015 outweigh the best interests of

the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A). The period of delay from the previous trial date of September 21, 2015 to the new trial date of November 16, 2015 is excludable time under 18 U.S.C. § 3161(h)(7)(A).

     IT IS HEREBY ORDERED that Defendant's trial date is continued from September 21, 2015 to November 16, 2015. The parties are DIRECTED to file any objections with the Court and to file any further continuances by stipulated motion.

     DATED this 24th day of August 2015.

<u>William M. McCool</u>
Clerk of Court

<u>s/Rhonda Stiles</u>
Deputy Clerk