

United States Probation and Pretrial Services
*Western District of Washington*

Monique D. Neal                     Brenda L. Amundson
*Chief*                                     *Deputy Chief*

# MEMORANDUM

Date:     January 14, 2025

To:       The Honorable John C. Coughenour, United States District Judge

From:     Brandon Keomalu
          United States Probation Officer

Subject:  Jason Christopher Paur
          Case Number: 0981 2:14CR00272-1
          **REQUEST TO WITHDRAW VIOLATIONS AND STRIKE HEARING**

**STATUS**:

On September 16, 2024, I submitted a violation report and request for summons alleging, Mr. Paur violated the terms of supervised release by failing to participate and make reasonable progress in sexual deviancy treatment by being terminated from sexual deviancy treatment on or about September 14, 2024. A summons was issued on September 17, 2024.

On October 4, 2024, Mr. Paur made his initial appearance before The Honorable Brian A. Tsuchida, United States Magistrate Judge. Mr. Paur denied the allegation and was released on bond pending his evidentiary hearing. The bond required that he comply with the standard and special conditions of supervised release.

The evidentiary hearing on revocation of supervised release remains set for February 11, 2025, before Your Honor.

**SUBSEQUENT DEVELOPMENTS**:

On September 20, 2024, I referred Mr. Paur for sexual deviancy treatment with L&L Counseling in Everett, Washington, with Matthew Platte. Mr. Paur has participated in and attended all required treatment sessions via zoom with his assigned provider. I have spoken with his provider and received treatment status reports accordingly. Mr. Paur has been performing well in treatment and progressing appropriately.

On December 11, 2024, Mr. Paur submitted to polygraph testing as outlined in his treatment plan. Mr. Paur's polygraph test resulted in no deception indicated. Mr. Paur continues to remain in compliance with his sexual deviancy treatment obligations.

The Honorable John C. Coughenour, United States District Judge  Page 2
RE: Jason Christopher Paur, 0981 2:14CR00272-1  January 14, 2025

**RECOMMENDATION**:

Considering recent developments, it is respectfully requested the violation presently before the Court be withdrawn and dismissed without prejudice. As a result, I would respectfully request the evidentiary hearing scheduled for February 11, 2024, before Your Honor be stricken.

I consulted with Assistant United States Attorney Jin Kim , and he concurs with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 14th day of January, 2025.

BY:

Brandon Keomalu
United States Probation Officer

Christina Lacy
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The violation(s) are withdrawn without prejudice, sentencing hearing stricken, and bond exonerated.
☐ Other:

Signature of Judicial Officer
1/15/25
Date